■ TRANSWESTERN PUBLISHING, Respondent, v JAMES WANG, Appellant, et al., Defendant.—Appeal from an order of the Supreme Court (Kahn, J.), entered December 31, 1987 in Albany County, which granted plaintiff's motion for summary judgment against defendant James Wang.

Order affirmed, with costs, upon the opinion of Justice Lawrence E. Kahn. Mahoney, P. J., Kane, Casey, Weiss and Mikoll, JJ., concur.

FOURTH DEPARTMENT, SEPTEMBER, 1988

(September 27, 1988)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALFRED L. GARRETT, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, Jr., J.—robbery, first degree.) Present—Dillon, P. J., Doerr, Boomer, Pine and Lawton, JJ.